| PROB 22 (Rev. 12/98) | **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Tran. Court)* 0754 4:07CR40066-001 |
|---|---|---|---|
| | JUDGE GRADY MAGISTRATE JUDGE MASON | | DOCKET NUMBER *(Rec. Court)* |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE Antwan J. Franklin  08CR 570 | | DISTRICT Southern District of Illinois | DIVISION/OFFICE U. S. Probation Office Benton, IL 62812 |
| | | NAME OF SENTENCING JUDGE Honorable Michael J. Reagan | |
| | | DATES OF PROBATION/ SUPERVISED RELEASE: | FROM 05/09/2008 — TO 05/08/2011 |

| OFFENSE |
|---|
| Possession of Altered United States Currency With Intent to Defraud |

RECEIVED JUL 17 2008 U.S. PROBATION OFFICE CHICAGO, ILLINOIS

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ILLINOIS

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of Illinois upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

June 19, 2008
Date

*[signature]*
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

JUL 17 2008
*Effective Date*

FILED

*James F. Holderman*
United States District Judge

JUL 21 2008
7-21-08
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT