

**MICHAEL W. DOBBINS**
CLERK

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

312-435-5698

July 22, 2008

Ms. Deborah K. Agans
United States District Court
United States Courthouse, 1st Floor
301 West Main Street
Benton, IL 62812

FILED
8-15-08
AUG 15 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

RECEIVED
JUL 25 2008
CLERK, U.S. DISTRICT
SOUTHERN DISTRICT
BENTON

Dear Clerk:

**Re:   Case number   4:07cr40066  US v Antwan J. Franklin**
Our case number:   08cr570   - Northern District of Illinois, Judge Grady

Enclosed is a certified copy of the Probation Form 22, Transfer of Jurisdiction, regarding Antwan J. Franklin, which has been accepted and assumed by this Court in the Northern District of Illinois, Eastern Division.

Please forward a certified copy of the indictment/information, judgment and docket along with the enclosed copy of this letter to the United States District Court at the above address. Your prompt attention to this matter is greatly appreciated.

Sincerely,

Michael W. Dobbins
Clerk

by:  _____
Ellenore Duff
Deputy Clerk

Enclosure

**FILED**

**AUG 2 2 2007**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTWAN J. FRANKLIN,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CRIMINAL NO. 07-40066-MJR<br><br>Title 18, United States Code,<br>Section 472 |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

On or about August 4, 2007, and continuing until on or about August 6, 2007, in Jefferson County, Illinois, within the Southern District of Illinois,

**ANTWAN J. FRANKLIN,**

defendant herein, did possess falsely altered obligations of the United States, that is, Federal Reserve Notes purporting to be denominated as one hundred dollar notes bearing Serial Numbers AC07027569A, with the intent to defraud, in violation of Title 18, United States Code, Section 472.

## COUNT 2

On or about August 9, 2007, in Jefferson County, Illinois, within the Southern District of Illinois,

**ANTWAN J. FRANKLIN,**

defendant herein, did possess falsely altered obligations of the United States, that is, Federal Reserve Notes purporting to be denominated as one hundred dollar notes bearing Serial Numbers BB9705150A, with the intent to defraud, in violation of Title 18, United States Code, Section 472.

A TRUE BILL

_____
JAMES E. CROWE, III
Assistant United States Attorney

_____
RANDY G. MASSEY
United States Attorney

Recommended Bond: $5,000 unsecured bond

≋AO 245B (Rev. 03/06) Judgment in a Criminal Case
Sheet 1

**FILED** *am*

# UNITED STATES DISTRICT COURT
## Southern District of Illinois

APR 2 9 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | |
| ANTWAN J. FRANKLIN | Case Number: 4:07-CR-40066-001-MJR |
| | USM Number: 07828-025 |
| | James M. Stern |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ pleaded guilty to count(s)   2 of the Indictment

☐ pleaded nolo contendere to count(s)
which was accepted by the court.

☐ was found guilty on count(s)
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. §472 | Possession of altered United States currency with the intent to Defraud | 08/09/2007 | 2 |

The defendant is sentenced as provided in pages 2 through __7__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☒ Count(s)   1   ☒ is   ☐ are   dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

April 25, 2008
Date of Imposition of Judgment

*/s/ Michael J. Reagan*
Signature of Judge

MICHAEL J. REAGAN, U.S. DISTRICT JUDGE
Name and Title of Judge

April 29, 2008
Date

AO 245B  (Rev. 03/06) Judgment in Criminal Case
Sheet 2 — Imprisonment

DEFENDANT: ANTWAN J. FRANKLIN
CASE NUMBER: 4:07-CR-40066-001-MJR

Judgment — Page 2 of 7

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

Nine (9) months to run concurrently to the term imposed in State Court. Defendant is to be given credit for time served in both state and federal custody. State custody began 08-09-2007 and Federal custody began 09-10-2007.

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____ ☐ a.m. ☐ p.m. on _____

   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on _____

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered _____ to _____
a _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B  (Rev. 03/06) Judgment in a Criminal Case
Sheet 3 — Supervised Release

DEFENDANT: ANTWAN J. FRANKLIN
CASE NUMBER: 4:07-CR-40066-001-MJR

Judgment—Page  3  of  7

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of:

Three years.

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days after being released on supervision and at least two periodic drug tests thereafter, not to exceed 52 tests in a one year period.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☒ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

☒ The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

### STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B    (Rev. 03/06) Judgment in a Criminal Case
           Sheet 3C — Supervised Release

DEFENDANT:       ANTWAN J. FRANKLIN
CASE NUMBER:     4:07-CR-40066-001-MJR

Judgment—Page 4 of 7

## SPECIAL CONDITIONS OF SUPERVISION

The defendant shall provide the probation officer and the Financial Litigation Unit of the United States Attorney's Office with access to any requested financial information. The defendant is advised that the probation office may share financial information with the Financial Litigation Unit.

Based on the defendant's history of drug-related arrests and/or convictions, the Court is exercising its discretion by ordering that the defendant shall participate as directed and approved by the probation officer in treatment for narcotic addition, drug dependence, or alcohol dependence, which includes urinalysis or other drug detection measures and which may require residence and/or participation in a residential treatment facility, or residential reentry center. The number of drug tests shall not exceed 52 tests in a one year period. Any participation will require complete abstinence from all alcoholic beverages. The defendant shall pay for the costs associated with substance abuse counseling and/or testing based on a co-pay sliding fee scale approved by the United States Probation Office. Co-pay shall never exceed the total costs of counseling.

Based on the defendant's history of possessing drugs, counterfeit money, stolen property, and weapons, the Court is exercising its discretion by ordering that the defendant shall submit his person, residence, real property, place of business, computer, or vehicle to a search, conducted by the United States Probation Officers at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall inform any other residents that the premises may be subject to a search pursuant to this condition.

The defendant shall apply all monies received from income tax refunds, lottery winnings, judgments, and/or any other anticipated or unexpected financial gains to the outstanding court-ordered financial obligation. The defendant shall immediately notify the probation officer of the receipt of any indicated monies.

AO 245B  (Rev. 03/06) Judgment in a Criminal Case
Sheet 5 — Criminal Monetary Penalties

Judgment — Page 5 of 7

DEFENDANT: ANTWAN J. FRANKLIN
CASE NUMBER: 4:07-CR-40066-001-MJR

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ 100.00 | $ | $ 1200.00 |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☒ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| **Circle K Service Station** 2701 Broadway Street Mt. Vernon, IL 62864 |  | 300.00 |  |
| **Karco, Inc., Att: Ronald Kruep** 1405 Salem Road Mt. Vernon, IL 62864 |  | 300.00 |  |
| **Popeye's Chicken** 4510 Broadway Street Mt. Vernon, IL 62864 |  | 100.00 |  |
| **Travel Centers of America** 4510 Broadway Street Mt. Vernon, IL 62864 |  | 100.00 |  |
| **Hardee's Food Systems** 1600 Broadway Street Mt. Vernon, IL 62864 |  | 100.00 |  |
| **Walgreens** 3001 Broadway Street Mt. Vernon, IL 62864 |  | 100.00 |  |
| **Marion Reynolds *** |  | 100.00 | *see address page 6 |
| **Limadia Corporation *** |  | 100.00 | *see address page 6 |
| **TOTALS** | $ 0 | $ 1200 |  |

☐ Restitution amount ordered pursuant to plea agreement  $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☒ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

  ☒ the interest requirement is waived for the  ☐ fine  ☒ restitution.

  ☐ the interest requirement for the  ☐ fine  ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B   (Rev. 03/06) Judgment in a Criminal Case
          Sheet 5B — Criminal Monetary Penalties

| | |
|---|---|
| DEFENDANT: ANTWAN J. FRANKLIN | Judgment—Page __6__ of __7__ |
| CASE NUMBER: 4:07-CR-40066-001-MJR | |

## ADDITIONAL RESTITUTION PAYEES

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| *Marion Reynolds<br>821 Airport Road<br>Mt. Vernon, IL  62864 | | listed on page 5 | |
| *Limadia Corporation<br>D/B/A America's Best Inn<br>Attn: Vamil Patel, Owner<br>222 South 44th Street<br>Mt. Vernon, IL 62864 | | listed on page 5 | |

**NOTE: Any United States currency seized by the Government shall be applied towards the Restitution owed in this case.**

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B　(Rev. 03/06) Judgment in a Criminal Case
　　　　　Sheet 6 — Schedule of Payments

DEFENDANT:　　ANTWAN J. FRANKLIN　　　　　　　　　　　　　　　　　Judgment — Page 7 of 7
CASE NUMBER:　4:07-CR-40066-001-MJR

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

A　☐　Lump sum payment of $ _____ due immediately, balance due

　　　　☐　not later than _____ , or
　　　　☐　in accordance　☐ C,　☐ D,　☐ E, or　☐ F below; or

B　☐　Payment to begin immediately (may be combined with　☐ C,　☐ D, or　☐ F below); or

C　☐　Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D　☒　Payment in equal __monthly__ (e.g., weekly, monthly, quarterly) installments of $ __10.00__ over a period of __30 months__ (e.g., months or years), to commence __30 days__ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E　☐　Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F　☒　Special instructions regarding the payment of criminal monetary penalties:
　　　　Payments are due immediately, through the Clerk of the Court.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐　Joint and Several

　　Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐　The defendant shall pay the cost of prosecution.

☐　The defendant shall pay the following court cost(s):

☐　The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

CAA, CLOSED

# U.S. District Court
## Southern District of Illinois (Benton)
## CRIMINAL DOCKET FOR CASE #: 4:07-cr-40066-MJR-1
## Internal Use Only

| | |
|---|---|
| Case title: USA v. Franklin | Date Filed: 08/22/2007 |
| | Date Terminated: 04/29/2008 |

Assigned to: Judge Michael J. Reagan

**Defendant (1)**

| | | |
|---|---|---|
| **Antwan J. Franklin**<br>*TERMINATED: 04/29/2008* | represented by | **James M. Stern**<br>James Stern, P.C.<br>Generally Admitted<br>101 A West Main<br>Belleville, IL 62220<br>618-257-8627<br>Email: jamesstern70@cs.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: CJA Appointment*<br><br>**Julie Kathryn Morian**<br>Federal Public Defender's Office - East St. Louis<br>Generally Admitted<br>650 Missouri Avenue<br>Suite G10A, PO Box 159<br>East St. Louis, IL 62202<br>Email: Julie_Morian@fd.org<br>*TERMINATED: 09/24/2007*<br>*Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| 18:472 PASSES COUNTERFEIT OBLIGATIONS OR SECURITIES; Possession/Passing Altered U.S. Currency | Defendant committed to custody of US Bureau of Prisons for 9 months, to run concurrent to any term imposed in State Court. Defendant given credit for time already served in both state and federal custody. State custody began 8/9/07 and federal custody began 9/10/07. Upon |

(2)

release, defendant shall be on supervised release for 3 years. Defendant shall pay assessment of $100 and restitution of $1200

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

18:472 PASSES COUNTERFEIT OBLIGATIONS OR SECURITIES; Possession/Passing Altered U.S. Currency
(1)

**Disposition**

Count 1 dismissed on motion of the United States

**Highest Offense Level (Terminated)**

Felony

**Complaints**

None

**Disposition**

**Plaintiff**

USA                    represented by    **James E. Crowe, III**
Assistant U.S. Attorney - Fairview Heights
9 Executive Drive
Suite 300
Fairview Heights, IL 62208
618-628-3700
Fax: 618-628-3730
Email: james.crowe3@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/22/2007 | 1 | INDICTMENT as to Antwan J. Franklin (1) counts 1, 2. (dmw) (Entered: 08/23/2007) |
| 08/23/2007 | 2 | Warrant issued in case as to Antwan J. Franklin. (dmw) (Entered: 08/23/2007) |
| 08/23/2007 |   | (Court only) ***Set/Clear Flags as to Antwan J. Franklin (soh ) (Entered: 08/23/2007) |
| 08/30/2007 | 3 | MOTION for Writ of Habeas Corpus ad prosequendum by USA as to |

| | | |
|---|---|---|
| | | Antwan J. Franklin. (Crowe, James) (Entered: 08/30/2007) |
| 08/31/2007 | 4 | ORDER GRANTING 3 MOTION for Writ of Habeas Corpus ad prosequendum filed by USA as to Antwan J. Franklin. Signed by Judge Donald G. Wilkerson on 8/31/07. (rmb ) (Entered: 08/31/2007) |
| 08/31/2007 | 5 | Writ of Habeas Corpus ad Prosequendum Issued as to Antwan J. Franklin for 9/10/07 (rmb ). (Entered: 08/31/2007) |
| 09/07/2007 | 6 | NOTICE OF HEARING as to Antwan J. Franklin: Initial Appearance and Arraignment set for 9/10/2007 01:30 PM in East St. Louis Court House before Mag/Judge Clifford J. Proud. THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 09/07/2007) |
| 09/10/2007 | | Arrest of Antwan J. Franklin (amv) (Entered: 09/10/2007) |
| 09/10/2007 | 7 | Minutes for proceedings held before Judge Clifford J. Proud: Initial Appearance and Arraignment as to Antwan J. Franklin (1) Count 1-2 held on 9/10/2007. Attorney Julie Kathryn Morian for Antwan J. Franklin present. Not guilty plea entered. Jury Trial set for 11/5/2007 09:00 AM in East St. Louis Court House before Judge Michael J. Reagan. (Court Reporter Sarah Tipton (Sthrn Rpt) and FTR.) (amv) (Entered: 09/10/2007) |
| 09/10/2007 | 8 | CJA 23 Financial Affidavit by Antwan J. Franklin (amv) (Entered: 09/10/2007) |
| 09/10/2007 | 9 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Antwan J. Franklin for today only. Signed by Judge Clifford J. Proud on 9/10/07. (amv) (Entered: 09/10/2007) |
| 09/10/2007 | 10 | ORDER FOR PRETRIAL DISCOVERY AND INSPECTION as to Antwan J. Franklin. Signed by Judge Clifford J. Proud on 9/10/07. (amv) (Entered: 09/10/2007) |
| 09/10/2007 | 11 | ORDER OF TEMPORARY DETENTION as to Antwan J. Franklin Detention Hearing set for 9/13/2007 01:00 PM in East St. Louis Court House before Mag/Judge Clifford J. Proud. Signed by Judge Clifford J. Proud on 9/10/07. (amv) (Entered: 09/10/2007) |
| 09/11/2007 | 12 | Writ of Habeas Corpus ad Prosequendum Returned Executed as to Antwan J. Franklin on 9/10/07. (dmw) (Entered: 09/11/2007) |
| 09/13/2007 | 13 | Minutes for proceedings held before Judge Clifford J. Proud :Detention Hearing as to Antwan J. Franklin held on 9/13/2007. (Court Reporter Davenna Ramsey and FTR.) (amv) (Entered: 09/14/2007) |
| 09/13/2007 | 14 | WAIVER of Detention Hearing by Antwan J. Franklin (amv) (Entered: 09/14/2007) |
| 09/14/2007 | 15 | ORDER OF DETENTION as to Antwan J. Franklin. Signed by Judge Clifford J. Proud on 9/13/07. (amv) (Entered: 09/14/2007) |
| 09/24/2007 | 16 | CJA 20 as to Antwan J. Franklin: Appointment of Attorney James M. Stern for Antwan J. Franklin and terminating Attorney Julie Kathryn Morian.. |

| | | |
|---|---|---|
| | | Signed by Judge Clifford J. Proud on 9/13/07. (trb) (Entered: 09/25/2007) |
| 10/31/2007 | 17 | MOTION to Continue by Antwan J. Franklin. (Stern, James) (Entered: 10/31/2007) |
| 10/31/2007 | 18 | ORDER granting 17 Motion to Continue as to Antwan J. Franklin (1). Signed by Judge Michael J. Reagan on 10/31/07. (caa) (Entered: 10/31/2007) |
| 11/14/2007 | 19 | Arrest Warrant Returned Executed on 09/10/07 in case as to Antwan J. Franklin. (dkd ) (Entered: 11/15/2007) |
| 01/03/2008 | 20 | NOTICE OF HEARING as to Antwan J. Franklin: Change of Plea Hearing set for 1/4/2008, 10:00 AM in East St. Louis Court House before Judge Michael J. Reagan. (acm)THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 01/03/2008) |
| 01/04/2008 | 21 | Minute Entry for proceedings held before Judge Michael J. Reagan: Change of Plea Hearing as to Antwan J. Franklin held on 1/4/2008. Defendant plead guilty to Count 2 of the Indictment. The Government will move to dismiss Count 1 at sentencing. Sentencing set for 4/25/2008, 11:00 AM in East St. Louis Court House before Judge Michael J. Reagan. (Court Reporter Barb Kniepmann.) (acm) (Entered: 01/04/2008) |
| 01/04/2008 | 22 | PLEA AGREEMENT as to Antwan J. Franklin. (acm) (Entered: 01/04/2008) |
| 01/04/2008 | 23 | STIPULATION OF FACTS as to Antwan J. Franklin. (acm) (Entered: 01/04/2008) |
| 03/20/2008 | 24 | MOTION *For Temporary Bond to Attend Funeral* by Antwan J. Franklin. (Stern, James) (Entered: 03/20/2008) |
| 03/20/2008 | 25 | NOTICE OF HEARING ON MOTION as to Antwan J. Franklin: The Court hereby SETS A HEARING on 24 Motion for Temporary Bond to Attend Funeral. Counsel only shall appear in person for the hearing. Motion Hearing set for 3/21/2008 09:30 AM in East St. Louis Court House before Judge Michael J. Reagan. (caa) THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 03/20/2008) |
| 03/21/2008 | 26 | Minute Entry for proceedings held before Judge Michael J. Reagan:Motion Hearing as to Antwan J. Franklin held on 3/21/2008 DENYING 24 MOTION *For Temporary Bond to Attend Funeral* filed by Antwan J. Franklin. (Court Reporter Barb Kniepmann.) (skp) (Entered: 03/21/2008) |
| 04/08/2008 | 27 | Sealed Objections and Sentencing Memorandum by Antwan J. Franklin (Stern, James) (Entered: 04/08/2008) |
| 04/09/2008 | 28 | NOTICE OF ERRORS AND/OR DEFICIENCIES re 27 Objection filed by Antwan J. Franklin. See attached document for specifics (trb) (Entered: 04/09/2008) |
| 04/24/2008 | 29 | SEALED RESPONSE by USA as to Antwan J. Franklin re 27 Objection (Crowe, James) (Entered: 04/24/2008) |
| | | |

| | | |
|---|---|---|
| 04/25/2008 | 30 | Minute Entry for proceedings held before Judge Michael J. Reagan:Sentencing held on 4/25/2008 for Antwan J. Franklin (1), Count 1, dismissed on motion of the United States; Count 2, Defendant committed to custody of US Bureau of Prisons for 9 months, to run concurrent to any term imposed in State Court. Defendant given credit for time already served in both state and federal custody. State custody began 8/9/07 and federal custody began 9/10/07. Upon release, defendant shall be on supervised release for 3 years. Defendant shall pay assessment of $100 and restitution of $1200. (Court Reporter Barb Kniepmann.) (dmw) (Entered: 04/29/2008) |
| 04/25/2008 | 31 | SEALED PRESENTENCE INVESTIGATION REPORT as to Antwan J. Franklin (Attachment: # 1 Letter)(dmw) (Entered: 04/29/2008) |
| 04/25/2008 | 33 | SEALED ADDENDUM TO PRESENTENCE INVESTIGATION REPORT as to Antwan J. Franklin (dmw) (Entered: 04/29/2008) |
| 04/29/2008 | 34 | JUDGMENT as to Antwan J. Franklin. Signed by Judge Michael J. Reagan on 4/29/08. (dmw) (Entered: 04/29/2008) |
| 04/29/2008 | 35 | SEALED STATEMENT OF REASONS as to Antwan J. Franklin. Signed by Judge Michael J. Reagan on 4/29/08. (dmw) (Entered: 04/29/2008) |
| 04/29/2008 | | (Court only) *** 4 certified copies of Judgment sent to USMS, and copy of SOR and signed Addendum emailed to USPO. (dmw) (Entered: 04/29/2008) |
| 05/09/2008 | 36 | CJA 20 Authorization to Pay: as to Antwan J. Franklin. Authorization to Pay attorney James Stern $ 4475.75, Voucher # 080509000154.. Signed by Judge Michael J. Reagan on 5/9/08. (trb) (Entered: 05/12/2008) |
| 07/25/2008 | 37 | Supervised Release Jurisdiction Transferred to Northern District of Illinois Eastern Division as to Antwan J. Franklin (trb) (Entered: 08/11/2008) |
| 08/11/2008 | 38 | Letter sent to Northern District of Illinois in regard to transfer (trb) (Entered: 08/11/2008) |